UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN A. CORRION, #601943,
NANCY E. CORRION,

        Plaintiffs,

v.
        CASE NO. 2:10-CV-12192
        HONORABLE LAWRENCE P. ZATKOFF

ROBERT J. KLEINE, et al.,

        Defendants.
_____/

### ORDER DENYING MOTION FOR RECONSIDERATION AND DENYING NANCY CORRION'S APPLICATION TO PROCEED IN FORMA PAUPERIS

This matter is before the Court on Plaintiffs' motion for reconsideration concerning the Court's denial of Plaintiff John Corrion's application to proceed without prepayment of the filing fee and dismissal of his complaint pursuant to 28 U.S.C. § 1915(g), as well as the Court's dismissal of the complaint as to Nancy Corrion for failure to pay the $350.00 filing fee or to submit an application to proceed *in forma pauperis* in this case.

The Court finds no reason to reconsider its decision. The Court did not err in denying Plaintiff John Corrion's application to proceed without prepayment of the filing fee, nor did it err in dismissing the complaint as to both Plaintiffs. Plaintiffs have not met their burden of showing a palpable defect by which the Court has been misled or his burden of showing that a different disposition must result from a correction thereof, as required by Local Rule 7.1(h)(3).

Should Plaintiff John Corrion wish to proceed on his own behalf, he must pay the full $350.00 filing fee and submit a new complaint. Should Plaintiff Nancy Corrion wish to proceed in

-1-

an action on her own behalf, she must submit a new complaint along with either the $350.00 filing fee or a completed application to proceed *in forma pauperis*. Should the Plaintiffs wish to proceed in a joint complaint, they must submit a new complaint, Plaintiff John Corrion must submit one half of the filing fee, and Plaintiff Nancy Corrion must submit the other half of the filing fee or a completed application to proceed *in forma pauperis*. The Court will not re-open this closed case. Given this determination, the Court denies Plaintiff Nancy Corrion's application to proceed *in forma pauperis*.

      **IT IS SO ORDERED**.

                                S/Lawrence P. Zatkoff
                                LAWRENCE P. ZATKOFF
                                UNITED STATES DISTRICT JUDGE

Dated: July 6, 2010

## CERTIFICATE OF SERVICE

      The undersigned certifies that a copy of this Order was served upon the attorneys of record by electronic or U.S. mail on July 6, 2010.

                                S/Marie E. Verlinde
                                Case Manager
                                (810) 984-3290